UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVA OPTIQUE, INC.<br><br>　　　　　Plaintiffs<br><br>　　-v-<br><br>CONTOUR OPTIK, INC. and<br>ASPEX EYEWEAR, INC.<br><br>　　　　　Defendants | Case No. 03 Civ 8948 (LTS)<br><br>Rule 7.1 Statement<br><br>ECF CASE |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Contour Optik, Inc. and Aspex Eyewear, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

- NONE -

Date: March 11, 2004

　　　　　　　　　　　　　　　　　　Matthew C. Wagner
　　　　　　　　　　　　　　　　　　Attorney Bar Code: (MW9432)