UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVA OPTIQUE, INC.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>CONTOUR OPTIK, INC. and<br>ASPEX EYEWEAR, INC.<br><br>　　　　　　　　　Defendants. | 03 Civ. 8948<br><br>JUDGE SWAINE |

## CERTIFICATE OF SERVICE

I, Laurie P. Leitner, do hereby certify that I caused a true copy of the foregoing endorsed letter granting Defendant's request for an extension to file its reply to be served upon the following Opposing Counsel, in the following manner, and addressed in the following form on April 5, 2004:

　　VIA Fax; VIA Pre-Paid USPS First Class Mail
　　Michael Aschen
　　Abelman, Frayne, and Schwab
　　150 East 42nd Street
　　New York, New York 10017-5612

　　　　　　　　　　　　　　　　　_Laurie P. Leitner_

COLLEN *IP*

April 2, 2004

Via FAX
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
40 Centre Street, Room 426
New York, New York 10007-1312

FAX No.: 212-805-0426

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:  Viva Optique, Inc. v Contour Optik, Inc. and Aspex Eyewear, Inc.
     Civil Case:  03-cv-8948
     Our File:    88515

Dear Judge Swain:

I write on behalf of the defendant, Aspex Eyewear, Inc. We are seeking a seven (7) day extension of time to file our reply in the above captioned matter.

Lead counsel in this matter, my partner Matthew Wagner, is presently unavailable. Late this morning, Mr. Wagner advised that he was in the process of taking his wife, who is expecting a baby, to the hospital. He has since phoned to say she has been admitted and is expected to give birth today. I anticipate that Mr. Wagner will thereafter be out of the office for at least several days.

Mr. Michael Aschen, counsel for Plaintiff, has kindly stipulated to this request, pursuant to a telephone conversation this morning.

The request is granted.
SO ORDERED.

*[signature]* 2 April 2004
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully,
COLLEN *IP*

Jess M. Collen

Cc:  Michael Aschen, Esq.
JCM:jl
88515 cover letter to the court 4 2 04

FACSIMILE NOTICE: This transmission may be an attorney-client communication which is PRIVILEGED AND CONFIDENTIAL. If you are not the intended recipient or the person responsible for delivering this to the intended recipient, you have received this document in error and any review, dissemination, distribution or copying of this communication IS PROHIBITED. If you have received this communication in error, please notify us IMMEDIATELY by telephone 1 914 941 5668 and return the original document to us by mail. We will pay the cost of return.