**ABELMAN, FRAYNE & SCHWAB**
Jeffrey A. Schwab (JS 9592)
Michael Aschen (MA 6336)
Anthony J. DiFilippi (AD 7870)
666 Third Avenue
New York, New York 10017
(212) 949-9022

**SHAPIRO & CROLAND**
Robert P. Shapiro
Stuart Reiser
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-3900

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVA OPTIQUE, INC.,<br><br>   *Plaintiff*,<br><br>-against-<br><br>CONTOUR OPTIK, INC. and,<br>ASPEX EYEWEAR INC.<br><br>   *Defendants*. | 03 Civ. 8948 (LTS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Court's Memorandum Order dated March 13, 2006, was served this 14th day of March 2006, by facsimile and first class mail, postage pre-paid, upon defendants' counsel as follows:

>Matthew C. Wagner, Esq.
>Collen IP
>The Holyoke-Manhattan Building
>80 South Highland Avenue
>Ossining, NY 10562

Dated: March 14, 2006

Anthony J. DiFilippi