UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VIVA OPTIQUE, INC.,

                Plaintiff,

   -v-                                     No. 03 Civ. 8948 (LTS)(AJP)

CONTOUR OPTIK, INC. and
ASPEX EYEWEAR, INC.

                Defendants.

-----------------------------------------------------------x

                            **ORDER**

      This case is redesignated ECF. All filings will be via ECF.

      Counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing if they have not already done so.

      IT IS SO ORDERED.

Dated: New York, New York
       November 20, 2007

                                         LAURA TAYLOR SWAIN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 20 2007

Copies faxed to Counsel of Record
Chambers of Judge Swain    11-20-07